```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 19, 2021, 9:05 am
Michelle Rynne, Clerk of Court
```

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail:  Craig.Nolan@usdoj.gov
         Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 21-00034 DKW |
| Plaintiff, | ) |
| vs. | ) NOTICE OF RELATED CASE |
| WAYNE INOUYE, | ) |
| Defendant. | ) |

<u>NOTICE OF RELATED CASE</u>

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Indictment involves the same subject matter, i.e., public corruption at the Department of Planning and Permitting of the City and County of Honolulu, as the following sealed proceedings: <u>United States v. Jocelyn Godoy</u>, Cr. No. 21-00036-JMS, <u>United States v. Jason Dadez</u>, Cr. No. 21-00037-JMS, and <u>United States v. Jennie Javonillo</u>, Cr. No. 21-00038-JMS.

Because this matter and the related three matters are sealed, the government respectfully requests that this notice and any resulting order be sealed until all four matters are unsealed.

DATED:  March 19, 2021, at Honolulu, Hawaii.

Respectfully submitted,

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

By  <i>/s/ Craig S. Nolan</i>
CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant U.S. Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA