THOMAS M. OTAKE         7622
ATTORNEY AT LAW
841 Bishop Street Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 523-3325
E-mail:  thomas@otakelaw.com

LYNN PANAGAKOS         7696
841 Bishop Street Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
E-mail:   lynnpanagakos@yahoo.com

Attorneys for Defendant
WAYNE INOUYE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WAYNE INOUYE,<br><br>          Defendant. | CR. NO. 21-00034 DKW<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER

Comes Now, HARLAN KIMURA, attorney for Defendant WAYNE INOUYE,

in the above-captioned matter, and hereby withdraws as attorney of record and

substitutes in his stead, attorneys THOMAS M. OTAKE  and LYNN PANAGAKOS

as private counsel for Defendant WAYNE INOUYE.

DATED:  April 6, 2021; Honolulu, Hawaii,

/s/ Harlan Kimura
_____
HARLAN KIMURA
Attorney for Defendant
WAYNE INOUYE

/s/ Thomas M. Otake
_____
THOMAS M. OTAKE
Substitute Counsel for Defendant
WAYNE INOUYE

/s/ Lynn Panagakos
_____
LYNN PANAGAKOS
Substitute Counsel for Defendant
WAYNE INOUYE

_____
WAYNE INOUYE
Defendant

**APPROVED AND SO ORDERED**:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

2