CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
MICHAEL D. NAMMAR
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Craig.Nolan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 21-00034 LEK |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF |
| | ) | NO OBJECTIONS TO DRAFT |
| vs. | ) | PRESENTENCE REPORT; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| WAYNE INOUYE, | ) | Date: 03/30/2023 |
| | ) | Time: 2:30PM |
| Defendant. | ) | Judge: Leslie E. Kobayashi |
| _____ | ) | |

SENTENCING STATEMENT OF NO OBJECTIONS
TO DRAFT PRESENTENCE REPORT

The United States has reviewed the Draft Presentence Investigation Report 1 (ECF No. 39), and has no objections to the factual statements or guideline computations contained in the report.

DATED: January 19, 2023, at Honolulu, Hawaii.

        CLARE E. CONNORS
        United States Attorney
        District of Hawaii


        By */s/ Craig S. Nolan*
          CRAIG S. NOLAN
          MICHAEL D. NAMMAR
          Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

    Thomas M. Otake, Esq.
    Attorney for Defendant WAYNE INOUYE

Served via Email:

    Derek Kim
    Senior U.S. Probation Officer

    DATED: January 19, 2023, at Honolulu, Hawaii.

                                                  */s/ Craig S. Nolan*
                                                  Assistant U.S. Attorney
                                                  U.S. Attorney's Office