THOMAS M. OTAKE    7622
ATTORNEY AT LAW
841 BISHOP STREET SUITE 2201
Honolulu, Hawaii 96813
Telephone: (808) 523-3325
Facsimile: (808) 599-1645
E-mail:  thomas@otakelaw.com

LYNN PANAGAKOS
ATTORNEY AT LAW
841 BISHOP STREET SUITE 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 599-1645

Attorneys for Defendant
WAYNE INOUYE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO.  21-00034 LEK |
|---|---|
| vs. | STIPULATION CONTINUING SENTENCING DATE |
| WAYNE INOUYE, | |
| Defendant. | |

STIPULATION CONTINUING SENTENCING DATE

It is herein stipulated by and between Defendant WAYNE INOUYE and the United States of America that sentencing in the above-entitled case

//

is continued from March 30, 2023 to May 24, 2023 at 2:30pm.

DATED: Honolulu, Hawaii, MARCH 3, 2023.

/S/ THOMAS M. OTAKE
THOMAS M. OTAKE
ATTORNEY FOR WAYNE INOUYE


/S/ CRAIG NOLAN
CRAIG NOLAN
ASSISTANT UNITED STATES ATTORNEY


/S/ DEREK KIM
DEREK KIM
UNITED STATES PROBATION OFFICER


**APPROVED AND SO ORDERED:**



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge